[No. 33630-8-II. Division Two. September 19, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON ELLIS PRANTE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00174-1, H. John Hall, J., entered June 22, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Van Deren, JJ.

[No. 33673-1-II. Division Two. September 19, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN CONNER SERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00496-5, Russell W. Hartman, J., entered August 10, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 33717-7-II. Division Two. September 19, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC ROBERT LEONARD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00339-1, Robert L. Harris, J., entered August 23, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.

[No. 33995-1-II. Division Two. September 19, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. R.W., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-8-00217-7, James J. Stonier, J., entered October 25, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.